ORIGINAL



FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 12 2023

KEVIN P. WEIMER, Clerk
By: _____
          Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.



VICTOR HUGO HERNANDEZ
    A/K/A HUGO;
ALEXANDER FLORES,
    A/K/A ALEX;
ISAAC GALLEGOS;
WILLIE ASHLEY;

ALFREDO MARTINEZ,
    A/K/A PELON; AND
JONATHAN MARTINEZ

Criminal Indictment

No. **1:23-CR-408**

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least as of on or about March 1, 2021, and continuing until on or about the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendants,

VICTOR HUGO HERNANDEZ
A/K/A HUGO;
ALEXANDER FLORES,

A/K/A ALEX;
ISAAC GALLEGOS;
WILLIE ASHLEY;
█████████████████████

ALFREDO MARTINEZ,
A/K/A PELON; AND
JONATHAN MARTINEZ,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other, and others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving:

- at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), as to defendant █████████████████████████████

- a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), as to defendants ████████ ████████ WILLIE ASHLEY and ISAAC GALLEGOS; and

- a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), as to defendants ISAAC GALLEGOS; ALEXANDER FLORES, A/K/A ALEX; ALFREDO MARTINEZ, A/K/A PELON; JONATHAN MARTINEZ; AND VICTOR HUGO HERNANDEZ, A/K/A HUGO,

all in violation of Title 21, United States Code, Section 846.

2

## Count Two

On or about March 10, 2021, in the Northern District of Georgia and elsewhere, the defendants,



aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving:

- at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), as to defendant ████████████████████████████, and

- a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), as to defendant ████████████████

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Three

On or about March 29, 2021, in the Northern District of Georgia and elsewhere, the defendant,  aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled

substance, said act involving at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Four

On or about May 28, 2021, in the Northern District of Georgia and elsewhere, the defendant, WILLIE ASHLEY, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Five

On or about June 10, 2021, in the Northern District of Georgia and elsewhere, the defendant, WILLIE ASHLEY, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

## Count Six

On or about June 16, 2021, in the Northern District of Georgia and elsewhere, the defendant, ISAAC GALLEGOS, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Seven

On or about March 14, 2022, in the Northern District of Georgia and elsewhere, the defendant, ISAAC GALLEGOS, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Eight

On or about March 14, 2022, in the Northern District of Georgia, the defendant, ISAAC GALLEGOS, did knowingly possess at least one of the following firearms, that is, a Bushmaster XM-15 E2 rifle, a Diamondback DB-15 rifle, a Micro Draco pistol, and a Springfield Armory XD-9 tactical 9mm handgun,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute a controlled substance, as charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### Count Nine

On or about March 17, 2022, in the Northern District of Georgia and elsewhere, the defendants,

VICTOR HUGO HERNANDEZ
A/K/A HUGO;
ALEXANDER FLORES,
A/K/A ALEX;
ALFREDO MARTINEZ, AND
A/K/A PELON,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Ten

On or about April 11, 2022, in the Northern District of Georgia and elsewhere, the defendants,

VICTOR HUGO HERNANDEZ
A/K/A HUGO; AND
JONATHAN MARTINEZ

6

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Eleven

On or about April 28, 2022, in the Northern District of Georgia and elsewhere, the defendants,

VICTOR HUGO HERNANDEZ
A/K/A HUGO;
ALEXANDER FLORES,
A/K/A ALEX,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Twelve

On or about April 28, 2022, in the Northern District of Georgia and elsewhere, the defendant, VICTOR HUGO HERNANDEZ, A/K/A HUGO, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of cocaine, a Schedule II

7

controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Seven and Counts Nine through Twelve of this Indictment, the defendants,

VICTOR HUGO HERNANDEZ
A/K/A HUGO;
ALEXANDER FLORES,
A/K/A ALEX;
ISAAC GALLEGOS;
WILLIE ASHLEY;

ALFREDO MARTINEZ,
A/K/A PELON; AND
JONATHAN MARTINEZ,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Counts One through Seven and Counts Nine through Twelve of this Indictment.

8

Upon conviction of the offense alleged in Count Eight of this Indictment, the defendant, ISAAC GALLEGOS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in said violation.

If any of the property described above, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A ___*True*___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

MICHAEL HERSKOWITZ
*Assistant United States Attorney*
Georgia Bar No. 349515

BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000